UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| CORA DUNSMORE, | ) CV 112-04743-SH |
| Plaintiff, | ) JUDGMENT |
| v. | ) |
| MICHAEL J. ASTRUE, Commissioner of Social Security Administration, | ) |
| Defendant. | ) |

IT IS ADJUDGED that the decision of the Commissioner reversed and remanded for further proceedings, pursuant to Sentence 4 of 42 U.SC. §405(g).

DATED: January 28, 2013

_____
STEPHEN J. HILLMAN
UNITED STATES MAGISTRATE JUDGE