1  Rebecca C. Padilla (CSBN: 248605)
   **POTTER, COHEN & SAMULON**
2  3852 E. Colorado Blvd.
3  Pasadena, CA 91107
   Telephone: (626) 795-0681
4  Facsimile:  (626) 795-0725
   E-mail: rpadilla@pottercohenlaw.com
5

6  Attorney for Plaintiff

7

8                UNITED STATES DISTRICT COURT
9                CENTRAL DISTRICT OF CALIFORNIA
10                    WESTERN DIVISION

11

12 CORA DUNSMORE,                 )  Case No.: CV 12-04743 SH
                                  )
13         Plaintiff,             )  **ORDER AWARDING EQUAL**
                                  )  **ACCESS TO JUSTICE ACT**
14    vs.                         )  **ATTORNEY FEES PURSUANT TO**
                                  )  **28 U.S.C. § 2412(d)**
15 CAROYLYN W. COLVIN, Acting     )
   Commissioner of Social Security,)
16                                )
           Defendant.             )
17 _____ )

18
          Based upon the parties' Stipulation for the Award and Payment of Equal
19
   Access to Justice Act Fees, Costs, and Expenses, IT IS ORDERED that the
20
   Commissioner shall pay the amount of $3,900.00 for fees, as authorized by 28
21
   U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.
22

23 DATE:  April 23, 2013
                                         *[signature: Stephen Hillman]*
24
25 _____
          THE HONORABLE STEPHEN J. HILLMAN
26 _____
          UNITED STATES MAGISTRATE JUDGE

-1-